UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| GIATRAS, JOHN | ) | CASE NO. 05 B 29980 |
| | ) | |
| Debtor(s) | ) | HON. SUSAN PIERSON SONDERBY |

Social Security/Employer Tax ID Number: XXX-XX-0586

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1.  NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At: U. S. Bankruptcy Court, 219 S. Dearborn, Courtroom 642, Chicago, Illinois 60604

   On: **September 9, 2008**   Time: **10:30 a.m.**

2.  The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3.  The Trustee's Final Report shows total:

   | | |
   |---|---:|
   | Receipts | $5,187.42 |
   | Disbursements | $12.36 |
   | Net Cash Available for Distribution | $5,175.06 |

4.  Applications for Chapter 7 fees and administrative expenses have been filed as follows:

   | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
   |---|---:|---:|---:|
   | Phillip D. Levey<br>Trustee | $0.00 | $1,268.74 | $34.12 |
   | Phillip D. Levey<br>Attorney For Trustee | $0.00 | $1,645.00 | $0.00 |

5.  Applications for Chapter 11 and/or 13 fees and administrative expenses have been filed as follows:
None

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are: None

7. Claims of general unsecured creditors totaling $9,051.78 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 24.61%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Onyx Acceptance Corporation | $5,636.90 | $1,386.97 |
| 2 | National Credit Systems | $2,817.88 | $693.34 |
| 3 | Premier Bankcard | $401.08 | $98.69 |
| 4 | Nicor Gas | $195.92 | $48.20 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| Household Furnishings | $300.00 |
| Wearing Apparel | $50.00 |
| Tools | $750.00 |

Dated: **July 24, 2008**                             For the Court,

                                                By:   **KENNETH S. GARDNER**
                                                      Kenneth S. Gardner
                                                      Clerk of the U.S. Bankruptcy Court
                                                      219 S. Dearborn Street; 7th Floor
                                                      Chicago, IL 60604

Trustee:    Phillip D. Levey
Address:    2722 North Racine Avenue
            Chicago, IL 60614
Phone No.:  (773) 348-9682

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

9980   Doc 25   Filed 07/24/08   Entered 07/26/08 23:48:37   Desc Imaged
Certificate of Service   Page 3 of 3

# CERTIFICATE OF SERVICE

```
District/off: 0752-1              User: amcc7                 Page 1 of 1                Date Rcvd: Jul 24, 2008
Case: 05-29980                    Form ID: pdf002             Total Served: 28

The following entities were served by first class mail on Jul 26, 2008.
 db          +John Giatras,    1476 Perry St,    Des Plaines, IL 60016-7854
 aty         +David H Cutler,    Cutler & Associates, Ltd.,     5550 W Touhy Ste 400,    Skokie, IL 60077-3253
 aty         +Phillip D Levey,    2722 North Racine Avenue,     Chicago, IL 60614-1206
 tr          +Phillip D Levey, ESQ,    2722 North Racine Avenue,    Chicago, IL 60614-1206
9635714      +Alexian Brothers Medical Center,     c/o ICS,    PO Box 646,   Oak Lawn, IL 60454-0646
9635715      +Blitt and Gaines, P.C./Endeavor Fin,     318 W. Adams Street, Suite 1600,    Chicago, IL 60606-5100
9635716      +Collection,    700 Longwater Driv,    Norwell, MA 02061-1796
9635717      +Collection Co America,    700 Longwater Dr,     Norwell, MA 02061-1796
9635718      +Comcast,    POB 3002,    Southeastern, PA 19398-3002
9635720      +Consumers Insurance Service, Inc.,     441 East Plainfield Road,    La Grange, IL 60525-6909
9635721       Credit Protect Assoc,    1355 Noel Rd Suite 2100,    Dallas, TX 75240
9635722      +First Premier Bank,    601 S Minnesota Ave,     Sioux Falls, SD 57104-4868
9635723      +Fst Usa Bk B,    Po Box 8650,    Wilmington, DE 19899-8650
9635724      +Harris,    600 W Jackson Suite 700,    Chicago, IL 60661-5629
9635725      +Harvard Collection,    4839 N Elston Ave,     Chicago, IL 60630-2589
9635726       ICS Collection Service,    POB 6446,    Oak Lawn, IL 60454
9635727      +Ill Coll Svc,    4647 W 103rd St,    Oak Lawn, IL 60453-4779
9635728      +National Credit Systems,    Pob 312125,    Atlanta, GA 31131-2125
9635729      +National Revenue Corp,    Po Box 182965,    Columbus, OH 43218-2965
9635730      +National Revenue Corporation,    4000 East 5th Avenue,    Columbus, OH 43219-1811
9635731       Nco Financial Systems, Inc.,    POB 41457,    Philadelphia, PA 19101
9635732      +Nicor Gas,    1844 Ferry Road,    Naperville, IL 60563-9600
9635733      +Onyx Acceptance Corporation,     c/o Ascension Capital Group,    Pob 201347,
               Arlington TX 76006-1347
10559476     +Premier Bankcard,    Premier/CSI-Dept SDPR,     Pob 2208,   Vacaville CA 95696-8208
9635734       United Cr Nb,    Po Box 1229,    Sioux Falls, SD 57107

The following entities were served by electronic transmission on Jul 25, 2008.
9635713      +E-mail/Text: KM@ARCONCEPTSINC.COM                            A/R Concepts,    2320 Dean St Suite 202,
               Saint Charles, IL 60175-1068
9635719      +E-mail/Text: elizabeth.soehren-jones@exeloncorp.com                            Comed,
               Bill Payment Center,    Chicago, IL 60668-0001
10604252     +E-mail/Text: bankrup@nicor.com                               Nicor Gas,   PO Box 549,
               Aurora IL 60507-0549
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 26, 2008**                    **Signature:** _Joseph Speetjens_