IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| JOHN GIATRAS. | ) | CASE NO. 05 B 29980 |
| | ) | |
| | ) | |
| Debtor(s) | ) | HON. SUSAN PIERSON SONDERBY |

### TRUSTEE'S FINAL ACCOUNT AND APPLICATION
### TO CLOSE CASE AND DISCHARGE THE TRUSTEE

TO:  THE HONORABLE SUSAN PIERSON SONDERBY
     BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the attached Order Awarding Compensation and Expenses, Trustee's Distribution Report and Trustee's Form 2.

The Trustee certifies that the estate has been fully administered, requests that he be discharged and the case closed pursuant to 11 U.S.C. §350.

Date: 12-26-08

_____
TRUSTEE

Phillip D. Levey
2722 North Racine Avenue
Chicago, IL 60614
(773) 348-9682

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| GIATRAS, JOHN | ) | CASE NO. 05 B 29980 |
| | ) | |
| Debtor(s) | ) | HON. SUSAN PIERSON SONDERBY |

### ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | |
|---|---|---:|
| 1. | Trustee's compensation | $1,268.74 |
| 2. | Trustee's expenses | $34.12 |
| | TOTAL | $1,302.86 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---:|
| 1. | Attorney for the Trustee | | |
| | a. | Chapter 7 Compensation | $1,645.00 |
| | b. | Chapter 7 Expenses | $0.00 |
| | c. | Chapter 11 Compensation | $0.00 |
| | d. | Chapter 11 Expenses | $0.00 |
| 2. | Accountant for the Trustee | | |
| | a. | Chapter 7 Compensation | $0.00 |
| | b. | Chapter 7 Expenses | $0.00 |
| | c. | Chapter 11 Compensation | $0.00 |
| | d. | Chapter 11 Expenses | $0.00 |
| 3. | Other professionals | | |
| | a. | Chapter 7 Compensation | $0.00 |
| | b. | Chapter 7 Expenses | $0.00 |
| | c. | Chapter 11 Compensation | $0.00 |
| | d. | Chapter 11 Expenses | $0.00 |

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED: _____

ENTER:

ENTERED
SEP - 9 2008
PAMELA S HOLLIS
BANKRUPTCY JUDGE

_____
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| GIATRAS, JOHN | ) | CASE NO. 05 B 29980 |
| | ) | |
| Debtor(s) | ) | HON. SUSAN PIERSON SONDERBY |

## DISTRIBUTION REPORT

I, Phillip D. Levey, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

### SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $2,947.86 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $2,229.35 |
| Interest (726(a)(5) | $0.00 |
| Surplus to Debtor (726(a)(6) | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | **$5,177.21** |

EXHIBIT D

FINAL DISTRIBUTION

| Case Number: 05-29980    SPS | Page 1 | Date: September 10, 2008 |
|---|---|---|
| Debtor Name: GIATRAS, JOHN | | |

| Claim # | Payee Name | Class | Priority | Amt Claimed *<br>Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| Beginning Balance | | | | | | | | $5,177.21 |
| **Claim Type -** | | | | | | | | |
| | Phillip D. Levey<br>COMPENSATION | Admin | | $1,268.74 *<br>$1,268.74 | $0.00 | $1,268.74 | $1,268.74 | $3,908.47 |
| | Percent Paid: 100.00000 % | | | | | | | |
| | Phillip D. Levey<br>EXPENSES | Admin | | $34.12 *<br>$34.12 | $0.00 | $34.12 | $34.12 | $3,874.35 |
| | Percent Paid: 100.00000 % | | | | | | | |
| | Subtotal For Claim Type | | | $1,302.86 *<br>$1,302.86 | $0.00 | $1,302.86 | $1,302.86 | |
| **Claim Type 3110-00 - Attorney for Trustee Fees** | | | | | | | | |
| | Phillip D. Levey | Admin | 001 | $1,645.00 *<br>$1,645.00 | $0.00 | $1,645.00 | $1,645.00 | $2,229.35 |
| | Percent Paid: 100.00000 % | | | | | | | |
| | Subtotal For Claim Type 3110-00 | | | $1,645.00 *<br>$1,645.00 | $0.00 | $1,645.00 | $1,645.00 | |
| | Subtotals For Class Administrative  100.00000 % | | | $2,947.86 *<br>$2,947.86 | $0.00 | $2,947.86 | $2,947.86 | |
| **Claim Type 7100-00 - General Unsecured 726(a)(2)** | | | | | | | | |
| 000001 | Onyx Acceptance Corporation<br>c/o Ascension Capital Group<br>Pob 201347<br>Arlington TX 76006 | Unsec | 070 | $5,636.90 *<br>$5,636.90 | $0.00 | $5,636.90 | $1,388.30 | $841.05 |
| | Percent Paid: 24.62879 % | | | | | | | |
| 000002 | National Credit Systems<br>Pob 312125<br>Atlanta, GA 31131 | Unsec | 070 | $2,817.88 *<br>$2,817.88 | $0.00 | $2,817.88 | $694.01 | $147.04 |
| | Percent Paid: 24.62880 % | | | | | | | |
| 000003 | Premier Bankcard<br>Premier/CSI-Dept SDPR<br>Pob 2208<br>Vacaville CA 95696 | Unsec | 070 | $401.08 *<br>$401.08 | $0.00 | $401.08 | $98.78 | $48.26 |
| | Percent Paid: 24.62850 % | | | | | | | |
| 000004 | Nicor Gas<br>PO Box 549<br>Aurora IL 60507 | Unsec | 070 | $195.92 *<br>$195.92 | $0.00 | $195.92 | $48.26 | $0.00 |
| | Percent Paid: 24.63250 % | | | | | | | |

FINAL DISTRIBUTION

Page 2

Case Number: 05-29980    SPS  
Debtor Name: GIATRAS, JOHN

Date: September 10, 2008

| Claim # | Payee Name | Class | Priority | Amt Claimed *<br>Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Subtotal For Claim Type 7100-00 | | | $9,051.78 *<br>$9,051.78 | $0.00 | $9,051.78 | $2,229.35 | |
| | Subtotals For Class Unsecured | 24.62886 % | | $9,051.78 *<br>$9,051.78 | $0.00 | $9,051.78 | $2,229.35 | |
| << Totals >> | | | | $11,999.64<br>$11,999.64 | $0.00 | $11,999.64 | $5,177.21 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 05-29980 -SPS | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | GIATRAS, JOHN | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******7295 Interest earning MMA Account |
| Taxpayer ID No: | *******8080 | | | |
| For Period Ending: | 12/26/08 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/27/06 | 3 | John Giatras | Installment re Sale of Van | 1129-000 | 850.00 | | 850.00 |
| 02/27/06 | 3 | JOHN GIATRAS<br>1476 PERRY ST<br>DES PLAINES, IL 60016-7854 | Installment re Sale of Van | 1129-000 | 850.00 | | 1,700.00 |
| 02/27/06 | 3 | JOHN GIATRAS<br>1476 PERRY ST<br>DES PLAINES, IL 60016-7854 | Installment re Sale of Van | 1129-000 | 850.00 | | 2,550.00 |
| 03/31/06 | 5 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 2.11 | | 2,552.11 |
| 04/27/06 | 3 | John Giatras | Installment Sale-Van | 1129-000 | 850.00 | | 3,402.11 |
| 04/28/06 | 5 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 2.09 | | 3,404.20 |
| * 05/29/06 | 000101 | International Sureties, Ltd.<br>203 Carondelet Street<br>Suite 500<br>New Orleans, LA 70130 | | 2300-003 | | 2.55 | 3,401.65 |
| * 05/29/06 | 000101 | International Sureties, Ltd.<br>203 Carondelet Street<br>Suite 500<br>New Orleans, LA 70130 | VOID<br>Wrong Amount. | 2300-003 | | -2.55 | 3,404.20 |
| 05/30/06 | 000102 | International Sureties, Ltd.<br>203 Carondelet Street<br>Suite 500<br>New Orleans, LA 70130 | Bond Premium | 2300-000 | | 2.08 | 3,402.12 |
| 05/31/06 | 5 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 2.90 | | 3,405.02 |
| 06/30/06 | 5 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 2.80 | | 3,407.82 |
| 07/10/06 | 3 | John Giatris | Sale of Automobile | 1129-000 | 850.00 | | 4,257.82 |
| 07/10/06 | 3 | John Giatris | Sale of Automobile | 1129-000 | 850.00 | | 5,107.82 |
| 07/31/06 | 5 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 3.78 | | 5,111.60 |
| 08/31/06 | 5 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 4.34 | | 5,115.94 |
| 09/29/06 | 5 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 4.20 | | 5,120.14 |
| 10/31/06 | 5 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 4.35 | | 5,124.49 |

Page Subtotals   5,126.57   2.08

LFORM24                                                                                                                                                                                                           Ver: 14.11

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

| Case No: | 05-29980 -SPS | | Trustee Name: | Phillip D. Levey |
| Case Name: | GIATRAS, JOHN | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******7295 Interest earning MMA Account |
| Taxpayer ID No: | *******8080 | | | |
| For Period Ending: | 12/26/08 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/30/06 | 5 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 4.21 | | 5,128.70 |
| 12/29/06 | 5 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 4.35 | | 5,133.05 |
| 01/31/07 | 5 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 4.36 | | 5,137.41 |
| 02/28/07 | 5 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 3.94 | | 5,141.35 |
| 03/30/07 | 5 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 4.37 | | 5,145.72 |
| 04/30/07 | 5 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 4.23 | | 5,149.95 |
| 05/08/07 | 000103 | International Sureties, Ltd. 203 Carondelet St.-Suite 500 New Orleans, LA 70130 | Blanket Bond Premium-Bond #01602645 | 2300-000 | | 4.92 | 5,145.03 |
| 05/31/07 | 5 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 4.37 | | 5,149.40 |
| 06/29/07 | 5 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 4.23 | | 5,153.63 |
| 07/31/07 | 5 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 4.38 | | 5,158.01 |
| 08/31/07 | 5 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 4.38 | | 5,162.39 |
| 09/28/07 | 5 | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | 3.29 | | 5,165.68 |
| 10/31/07 | 5 | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | 3.29 | | 5,168.97 |
| 11/30/07 | 5 | BANK OF AMERICA | Interest Rate 0.650 | 1270-000 | 2.76 | | 5,171.73 |
| 12/31/07 | 5 | BANK OF AMERICA | Interest Rate 0.500 | 1270-000 | 2.47 | | 5,174.20 |
| 01/31/08 | 5 | BANK OF AMERICA | Interest Rate 0.400 | 1270-000 | 2.05 | | 5,176.25 |
| 02/29/08 | 5 | BANK OF AMERICA | Interest Rate 0.300 | 1270-000 | 1.23 | | 5,177.48 |
| 03/31/08 | 5 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 1.22 | | 5,178.70 |
| 04/30/08 | 5 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 1.06 | | 5,179.76 |
| 05/09/08 | 000104 | International Sureties, Ltd. 701 Poydras St. Suite 420 New Orleans, LA 70139 | BOND # 016026455 Term 2/1/08 - 2/1/09 | 2300-000 | | 5.36 | 5,174.40 |
| 05/30/08 | 5 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 0.66 | | 5,175.06 |
| 06/30/08 | 5 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 0.64 | | 5,175.70 |
| 07/31/08 | 5 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 0.66 | | 5,176.36 |
| 08/29/08 | 5 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 0.66 | | 5,177.02 |
| 09/10/08 | 5 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.19 | | 5,177.21 |

Page Subtotals    63.00    10.28

LFORM24

Ver: 14.11

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

| Case No: | 05-29980 -SPS | Trustee Name: | Phillip D. Levey |
| Case Name: | GIATRAS, JOHN | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******7295 Interest earning MMA Account |
| Taxpayer ID No: | *******8080 | | |
| For Period Ending: | 12/26/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/10/08 | | Transfer to Acct #*******3195 | Final Posting Transfer | 9999-000 | | 5,177.21 | 0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | 5,189.57 | 5,189.57 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 5,177.21 | |
| Subtotal | 5,189.57 | 12.36 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 5,189.57 | 12.36 | |

Page Subtotals   0.00   5,177.21

LFORM24   Ver: 14.11

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 05-29980 -SPS | Trustee Name: | Phillip D. Levey |
| Case Name: | GIATRAS, JOHN | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******3195 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8080 | | |
| For Period Ending: | 12/26/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/10/08 | | Transfer from Acct #*******7295 | Transfer In From MMA Account | 9999-000 | 5,177.21 | | 5,177.21 |
| 09/12/08 | 000101 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Compensation/Fees | 2100-000 | | 1,268.74 | 3,908.47 |
| 09/12/08 | 000102 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Expenses | 2200-000 | | 34.12 | 3,874.35 |
| 09/12/08 | 000103 | Phillip D. Levey | TRUSTEE'S ATTORNEY'S FEES | 3110-000 | | 1,645.00 | 2,229.35 |
| 09/12/08 | 000104 | Onyx Acceptance Corporation<br>c/o Ascension Capital Group<br>Pob 201347<br>Arlington TX 76006 | Claim 000001, Payment 24.62879% | 7100-000 | | 1,388.30 | 841.05 |
| 09/12/08 | 000105 | National Credit Systems<br>Pob 312125<br>Atlanta, GA 31131 | Claim 000002, Payment 24.62880% | 7100-000 | | 694.01 | 147.04 |
| 09/12/08 | 000106 | Premier Bankcard<br>Premier/CSI-Dept SDPR<br>Pob 2208<br>Vacaville CA 95696 | Claim 000003, Payment 24.62850% | 7100-900 | | 98.78 | 48.26 |
| 09/12/08 | 000107 | Nicor Gas<br>PO Box 549<br>Aurora IL 60507 | Claim 000004, Payment 24.63250% | 7100-000 | | 48.26 | 0.00 |

|  |  | Page Subtotals | 5,177.21 | 5,177.21 |

Ver: 14.11

LFORM24

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-29980 -SPS | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | GIATRAS, JOHN | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******3195 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8080 | | |
| For Period Ending: | 12/26/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
|---|---|---|---|---|---|---|
| | | COLUMN TOTALS | | 5,177.21 | 5,177.21 | 0.00 |
| | | Less: Bank Transfers/CD's | | 5,177.21 | 0.00 | |
| | | Subtotal | | 0.00 | 5,177.21 | |
| | | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 0.00 | 5,177.21 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Interest earning MMA Account - *******7295 | 5,189.57 | 12.36 | 0.00 |
| Checking Account (Non-Interest Earn - *******3195 | 0.00 | 5,177.21 | 0.00 |
| | 5,189.57 | 5,189.57 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      0.00      0.00

LFORM24

Ver: 14.11